UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE CASTELLANOS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN (Warden),<br><br>　　　　　Respondent. | No. LA CV 19-08067-VBF-JEM<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Jose Castellanos.**

　　IT IS SO ADJUDGED.

Dated: February 1, 2021

　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Senior United States District Judge